**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

CINDY LEDBETTER                                                                            PLAINTIFF

v.                                         Case No. 12-2277

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                            DEFENDANT

## ORDER

        The Court has received proposed findings and recommendations (Doc. 12) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

        **IT IS SO ORDERED** this 20th day of February, 2014.

                                                /s/ P. K. Holmes, III
                                                P.K. HOLMES, III
                                                CHIEF U.S. DISTRICT JUDGE